## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

**MEMO ENDORSED**

p.2

January 9, 2020

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2020
```

Re:  United States v. Hicham Kabbaj
     20 Cr.08 (RMB)

Dear Judge Berman:

I am the attorney for Hicham Kabbaj, the defendant in the above-named matter. This letter is respectfully submitted to request a one-week extension of the deadline to conduct the defendant's Presentence Interview, which must be completed by January 31, 2020.

Unfortunately, I have limited availability in the next few weeks because I will be teaching a clinic at Harvard Law School the week of January 13th, and after that I will be traveling for two separate capital matters. My office has spoken with Probation Officer Pamela Flemen, who has no objection to a one-week extension, and we have tentatively scheduled the interview for February 4, 2020, pending the Court's approval of this application. My office has also conferred with the government, who has no objection to this request.

Accordingly, it is respectfully requested that the Court extend the deadline to conduct a Presentence Interview in this matter by one week.

Hon. Richard M. Berman
January 9, 2019
Page Two

    The Court's time and attention to this matter is appreciated.

                                      Respectfully submitted,

                                                /s/

                                        David Stern

cc:   AUSA Ni Qian (by ECF)
       AUSA Andrew Rohrbach (by ECF)

       USPO Pamela Flemen (by Email)

---

Application granted.

SO ORDERED:
Date: 1/9/2020

*Richard M. Berman*
Richard M. Berman, U.S.D.J.