UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

HICHAM KABBAJ,

                      Defendant.
-----------------------------------------------------------X

**ORDER**

20 Cr 08 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on January 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that HICHAM KABBAJ's guilty plea is accepted.

Dated: New York, New York
January 27, 2020

_____
**RICHARD M. BERMAN, U.S.D.J.**