ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Sentence is adjourned to 10/25/21 at 9:30 am. Defense sentence submission is due 10/7/21. Government sentence submission is due 10/14/21.
>
> SO ORDERED:
> Date: 8/2/21
> /s/ Richard M. Berman, U.S.D.J.

   Re: United States v. Hicham
     20 Cr.08 (RMB)

Dear Judge Berman:

  I am the attorney for Hicham ___ in the above-named matter. This letter is respectfully submitted without objection from AUSA Ni Qian, on behalf of the government, to request an adjournment of sentencing, currently scheduled for September 23, 2021 at 10:30 a.m., along with a corresponding adjournment of the parties' deadlines to file sentencing submissions. The reason for this request is that I am no longer available on September 23 because I will be traveling in relation to another criminal matter, *United States v. Mirsad Kandic*, 17 Cr. 449 (NGG) in the Eastern District of New York. For this reason, I respectfully seek a sentencing adjournment to a date in late October 2021.

  I thank your Honor for your attention to this matter.

           Respectfully submitted,

           /s/

           David Stern

cc: AUSA Ni Qian (by ECF)
   AUSA Andrew Rohrbach (by ECF)