ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

—————

Rachel Perillo

> Application granted. Sentencing adjourned to January 20, 2022 at 10:30 AM.
>
> SO ORDERED:
> Date: 11/22/21          *Richard M. Berman*
>                         Richard M. Berman, U.S.D.J.

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:  United States v. Hicham Kabbaj
                         20 Cr.08 (RMB)

Dear Judge Berman:

      I am the attorney for Hicham Kabbaj, the defendant in the above-named matter. Yesterday, your Honor granted Mr. Kabbaj's request for a sentencing adjournment and scheduled sentencing for January 10, 2022 at 10:00 a.m.  I write to inform the Court that I will be out of town that week teaching a course in trial advocacy and therefore respectfully request that the Court reschedule the sentencing for the following week. I apologize for any inconvenience this may cause to the Court.

      If your Honor has any questions please do not hesitate to contact me.

                              Respectfully submitted,

                              /s/

                              David Stern

cc:  AUSA Ni Qian (by ECF)
     AUSA Andrew Rohrbach (by ECF)