**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                                20 CR. 08 (RMB)

              -against-
                                                                **ORDER**

HICHAM KABBAJ
                              Defendant.
------------------------------------------------------------X


        The proceeding scheduled for Thursday, January 20, 2022 at 10:30 AM is hereby

adjourned to Tuesday, February 22, 2022 at 9:30 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held via

Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2008


Dated: February 16, 2022
        New York, NY


                                                        _____
                                                        RICHARD M. BERMAN
                                                        U.S.D.J.