UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA            :   **FINAL ORDER OF FORFEITURE**
:
-v.-                                :   20 Cr. 008 (RMB)
:
HICHAM KABBAJ,                      :
:
Defendant.               :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about January 27, 2020, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 24), forfeiting to the United States, *inter alia*, all right, title and interest of the Defendant in the following assets:

a. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 7729 Eden Ridge Way, Palm Beach Gardens, Florida 33412 (the "Palm Beach Property");

b. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at 663 Lakeshore Drive, Hewitt, New Jersey 07421 (the "Hewitt Property");

c. all monies and funds contained in Bank of America in account number 483002187386, held in the name of "Interactive Systems" and all funds traceable thereto, including accrued interest;

d. all monies and funds contained in Bank of America in account number 9434027287, held in the name of "HICHAM KABBAJ" and all funds traceable thereto, including accrued interest;

e. all monies and funds contained in Bank of America in account number 483067255156, held in the name of "HICHAM KABBAJ" and all funds traceable thereto, including accrued interest;

(a. though e., collectively, the "Specific Property");

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22

WHEREAS, the full legal description of the Palm Beach Property is 7729 Eden Ridge Way, Palm Beach Gardens, Florida 33412, Lot 153, Bayhill Estates P.U.D., according to the Plat thereof as recorded in Plat Book 110, page(s) 16, of the Public Records of Palm Beach County, Florida;

WHEREAS, the full legal description of the Hewitt Property is 663 Lakeshore Drive, Hewitt, New Jersey 07421, Block 1816, Lot 17;

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 23, 2020 for thirty (30) consecutive days, through June 21, 2020, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset

Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 9, 2022 (D.E. 50);

WHEREAS, on or about April 28, 2020, notice of the Preliminary Order of Forfeiture was sent by Federal Express or certified mail, to:

i. Mounia Kabbaj, ███████████, West Palm Beach, FL 33412;
ii. Mounia Kabbaj, ███████████, Hewitt, NJ 07421;
iii. MERS, P.O. Box 2026, Flint, MI 48501-2026;
iv. Anne M. Gannon, Constitutional Tax Collector, P.O. Box 3353, West Palm Beach, FL 33402-3353;
v. Bank of America, N.A., 4500 Amon Carter Blvd., Doc Proc TX2-979-01-19, Fort Worth, TX 76155; and
vi. Township of West Milford, 1480 Union Valley Road, West Milford, NJ 07480;

(collectively, the "Noticed Parties");

WHEREAS, on or about April 17, 2020, Bank of America, N.A., ("Bank of America") filed a petition for a hearing to adjudicate the validity of their alleged interest in the Palm Beach Property (D.E. 29);

WHEREAS, on or about August 6, 2020, the Court entered a Stipulation and Order resolving the claim filed by Bank of America (D.E. 32);

WHEREAS, on or about May 14, 2020, Township of West Milford ("Township") filed a petition for a hearing to adjudicate the validity of their alleged interest in the Hewitt Property (D.E. 30);

WHEREAS, on or about August 6, 2020, the Court entered a Stipulation and Order resolving the claim of the Township (D.E. 33);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest in the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      3/29, 2022

SO ORDERED:

*Richard M. Berman*

HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE