# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

> Application granted. It is hereby ordered that Mr. Kabbaj surrender on May 31, 2022 by 2:00 PM.
>
> SO ORDERED:
> Date: 4/15/22
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Hicham Kabbaj
      20 Cr.08 (RMB)

Dear Judge Berman:

    I am the attorney for Hicham Kabbaj, the defendant in the above-named matter. On February 22, 2022, the Court sentenced Mr. Kabbaj to 52 months imprisonment and he is ordered to surrender to the custody of the Bureau of Prisons at FCI Fort Dix Satellite Camp by April 26, 2022. This letter is respectfully submitted with the consent of the government, by AUSA Andrew Rohrbach, to request a five-week extension of Mr. Kabbaj's surrender date.

    An extension is needed because Mr. Kabbaj is the primary caretaker of his 16-year-old son, as well as his wife, who is undergoing treatment for breast cancer (and requires daily assistance and cannot care for their son alone), and additional time is needed to obtain care for them while he is incarcerated. Mr. Kabbaj's daughter and mother-in-law will be assisting the family while he is gone, but his daughter will not be returning home from college until May 20, 2022, and his mother-in-law, who will be coming from Morocco, is arriving at the end of May. Accordingly, a five-week extension of the surrender date would ensure that Mr. Kabbaj's son and wife will be adequately cared for in his absence.

    If the Court has any questions regarding this matter please do not hesitate to contact me. I thank your Honor for your attention to this matter.

Respectfully submitted,
/s/
David Stern

cc:   Andrew Rohrbach & Ni Qian (by ECF)
      *Assistant United States Attorneys*