# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Tel: (212) 571-5500
Fax: (212) 571-5500

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

---

Rachel Perillo

> Surrender date is extended to 6/14/22 before 2:00 pm.
>
> SO ORDERED:
> Date: 5/31/22
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

May 31, 2022

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Hicham Kabbaj
    20 Cr.08 (RMB)

Dear Judge Berman:

    I am the attorney for Hicham Kabbaj, the defendant in the above-named matter. Mr. Kabbaj was sentenced on February 22, 2022 to 52 months imprisonment, and pursuant to the Court's Order dated April 15, 2022, he is to surrender to Fort Dix by 2:00 p.m. today. This letter is respectfully submitted with the consent of the government, by AUSA Ni Qian, to request a two-week adjournment of the surrender date because Mr. Kabbaj has tested positive for COVID-19. He first tested positive on Thursday May 26, 2022, and as of yesterday was still positive and exhibiting symptoms. I am informed by AUSA Ni Qian that it is the preferred method of the Bureau of Prisons to extend the surrender date in this situation. Therefore, although Mr. Kabbaj is fully prepared to surrender today, we respectfully request a two-week adjournment given these circumstances.

    If the Court has any questions regarding this matter please do not hesitate to contact me. I thank your Honor for your attention to this matter.

Respectfully submitted,
/s/
David Stern

cc: Andrew Rohrbach & Ni Qian (by ECF)
    *Assistant United States Attorneys*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/22