# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

January 16, 2024

**By ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   United States v. Hicham Kabbaj
      20 Cr.08 (RMB)

Dear Judge Berman:

I previously represented Hicham Kabbaj in the above-named matter. Mr. Kabbaj was sentenced by your Honor on February 22, 2022 to 52 months' imprisonment. He now qualifies for a sentence reduction for being a zero-point offender under U.S.S.G. § 4C1.1. Accordingly, Mr. Kabbaj intends to move the Court for a reduction in sentence. This letter is respectfully submitted to request that the undersigned, being a member of the Criminal Justice Act Panel, be appointed pursuant to the Criminal Justice Act to represent Mr. Kabbaj in his motion for a sentence reduction. Mr. Kabbaj was previously a retained client; however, given his conviction and incarceration in the instant offense, he now lacks the financial ability to afford private representation. It is respectfully submitted that my appointment in this matter would best serve Mr. Kabbaj's interests as I am already fully familiar with the facts and circumstances of his criminal case.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Application Granted

Respectfully submitted,
/s/
David Stern

SO ORDERED
Date: 1/23/24   Richard M. Berman
                Richard M. Berman, U.S.D.J.