UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                     Government,   :   20 CR. 08 (RMB)
                                           :
       - against -                     :   **ORDER**
                                           :
HICHAM KABBAJ,                             :
                                           :
                     Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 4, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 379 289 802#

Dated: October 30, 2024
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**