**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                      Government,       :        20 CR. 08 (RMB)
                                              :
          - against -                       :        **ORDER**
                                              :
HICHAM KABBAJ,                                :
                                              :
                      Defendant.         :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 9, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 493 525 504#

Dated: December 4, 2024
      New York, NY

*Richard M. Berman*
_____
    **RICHARD M. BERMAN**
          **U.S.D.J.**