UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,    :        20 CR. 08 (RMB)
                                           :
       - against -                      :        **ORDER**
                                           :
HICHAM KABBAJ,                             :
                                           :
                 Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 10, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 217 710 098#

Dated: March 5, 2025
       New York, NY

                                            _Richard M. Berman_
                                            **RICHARD M. BERMAN**
                                                   **U.S.D.J.**