UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,         20 CR. 08 (RMB)

    -against-                  **ORDER**

HICHAM KABBAJ,
                    Defendant.
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

        The restitution payment schedule is modified as follows: Defendant is required to pay restitution in monthly installments of 10% of gross monthly revenues, effective today.

Dated: New York, New York
       April 28, 2025

                                            **Hon. Richard M. Berman, U.S.D.J.**