UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,     :     20 CR. 08 (RMB)
                                             :
       - against -                        :     **ORDER**
                                             :
HICHAM KABBAJ,                               :
                                             :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 12, 2025 at 9:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 985 069 95#

Dated: June 4, 2025
       New York, NY

                                                **RICHARD M. BERMAN**
                                                        **U.S.D.J.**