UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 20 CR. 08 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| HICHAM KABBAJ, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 17, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 765 894 603#

Dated: July 1, 2025
       New York, NY

RICHARD M. BERMAN
U.S.D.J.