ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

## MEMO ENDORSED

September 2, 2025

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: United States v. Hicham Kabbaj
       20 Cr. 008 (RMB)

Dear Judge Berman:

  I am the attorney for Mr. Kabbaj on the above referenced matter. I write seeking a brief adjournment of the supervised release update conference scheduled for September 22, 2025. I make this request because my brother, who lives in Massachusetts, is seriously ill and I would like to travel to his home for the weekend through Tuesday, September 23rd to help my sister-in-law and my brother prepare for and celebrate Rosh Hashanah which begins at sundown on September 22nd. If it is convenient for the Court, I am available September 24th, 25th, October 1st or October 2nd.

  If you have any questions about this application please contact my office.

Respectfully submitted,

*David Stern*

David Stern

---

The supervised release hearing is adjourned to Thursday, September 25th, 2025 at 12:00 p.m.

SO ORDERED:
Date: 9/3/2025

*Richard M. Berman*
Richard M. Berman, U.S.D.J.