UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :      20 CR. 08 (RMB)
                                         :
        - against -                   :      **ORDER**
                                         :
HICHAM KABBAJ,                           :
                                         :
                Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 25, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 158 592 172#

Dated: September 10, 2025
       New York, NY

                                        _/s/ Richard M. Berman_
                                        **RICHARD M. BERMAN**
                                               U.S.D.J.