**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                      Government,        :          20 CR. 08 (RMB)
                                            :
       - against -                       :          **ORDER**
                                            :
HICHAM KABBAJ,                              :
                                            :
                      Defendant.         :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 30, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 649 330 139#

Dated: October 22, 2025
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                                    U.S.D.J.