**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
              :
          Government,       :      20 CR. 08 (RMB)
              :
    - against -          :      **ORDER**
              :
HICHAM KABBAJ,         :
              :
        Defendant.      :
--------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 11, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 262 454 802#

Dated: December 3, 2025
      New York, NY

                           *Richard M. Berman*
                           **RICHARD M. BERMAN**
                              **U.S.D.J.**