## CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
USA ,

Docket No.  20 Cr 08  (RMB)

-against-

HICHAM KABBAJ,

Defendant(s)
----------------------------------------------------------------X

## Select the type of Hearing or Trial.

[ ]Allocution Hearing
[X]Evidentiary Hearing
[ ]Material Witness Hearing
[ ]Removal Hearing
[ ]Appearance Through Counsel
[ ]Extradition Hearing
[ ]Motion Hearing
[ ]Revocation of Probation - Final Hearing
[ ]Appearance Without Counsel
[ ]Fatico Hearing
[ ]Nara Report Hearing
[ ]Arraignment
[ ]Forfeiture Hearing
[ ]Nebbia Hearing
[ ]Violation of Supervised Release
[ ]Attorney Appointment Hearing
[ ]Franks Hearing
[ ]Omnibus Hearing
[ ]Bench Trial
[ ]Hearing Out of Jury Presence
[ ]Oral Argument
[ ]Rule 44(c) Hearing
[ ]Bond Forfeiture Hearing
[ ]Hearing re Pro Se Status
[ ]Plea Agreement Hearing
[ ]Scheduling Conference
[ ]Bond Hearing
[ ]In Camera Hearing
[]Plea
[ ]Bond Revocation Hearing
[ ]In Chambers Conference
[ ]Preliminary Examination
[ ]Show Cause Hearing
[ ]Change of Plea Hearing
[ ]Initial Appearance
[ ]Preliminary Revocation Hearing
[]Status Conference
[ ]Competency Hearing
[ ]Initial Appearance - Revocation Proceedings
[ ]Pretrial Conference
[ ]Suppression Hearing
[ ]Contempt Hearing
[ ]Telephone Conference
[]Curcio Hearing
[ ]Initial Appearance - Rule 40
[ ]Pre Se (Faretta) Hearing
[ ]Trial Ready Hearing
[ ]Detention Hearing
[ ]James Hearing
[ ]Psychiatric Report Hearing
[ ]Voir Dire
[ ]Discovery Hearing
[ ]Jury Selection
[]Other (Please Specify)
[ ]Dispositional Hearing (Juvenile)
[ ]Jury Trial
[ ]Remand Hearing

[ ]Began     [x] Held     [ ]Continued     [ ]Completed     [ ]Scheduled for

Date: 12/11/25 Time: 12:23 pm  Duration: 34 minutes

12/11/25      Evidentiary hearing held (supervised release);
Judge Richard M. Berman presiding;
AUSA Ni Qian present;
Defense attorney David Stern present;
supervisee Hicham Kabbaj present;
USPO EDNY Julianna Gruenberg present;
therapist/social worker Katherine Simone, Samaritan DayTop Village, present;
Court Reporter Khris Sellin present;
witnesses sworn for testimony;
documents entered into evidence - Court Exhibit A - transcript of proceedings held on 10/30/25;
issues discussed, among other things, restitution, employment and therapy;
AUSA advised Court that a revised restitution order was provided to defense counsel for his review with defendant;
AUSA expects that revised proposed restitution order will be provided to Court prior to the next hearing;

Court does not modify therapy condition but expects that therapeutic treatment can conclude at next hearing;

next supervised release hearing will be held 1/29/26 at 10:00 am;

see transcript of proceedings for a complete record.

Submitted by____C. Murray_____
Deputy Court Clerk

The above information is required for the JS 6 report to the AO.