**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 21, 2026

BY ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Kabbaj*, 20 Cr. 8

Dear Judge Berman:

The Government respectfully submits this letter to request entry of the proposed Amended Restitution Order. Pursuant to 18 U.S.C. § 3664(j)(1), the proposed Amended Restitution Order reflects the addition of two additional payees, who had compensated the victim named in Count One as insurers. The restitution amount has not changed.[1]

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/
Ni Qian
Assistant United States Attorney
(212) 637-2364

---

[1] The Government contacted defense counsel to seek their consent to the entry of the proposed Amended Restitution Order but has not heard back.