UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>HICHAM KABBAJ,<br><br>Defendant. | **STIPULATION AND AMENDED RESTITUTION ORDER**<br><br>20 Cr. 8 (RMB) |

WHEREAS, on February 22, 2022, the Court entered judgment in the above-captioned case imposing a restitution obligation upon HICHAM KABBAJ (the "defendant") of $6,051,453.43 to the victim named in Count One, and;

WHEREAS, prior to the entry of judgment against the defendant, Federal Insurance Company paid the victim $5,025,000 and Twin City Fire Insurance Company (together with the Federal Insurance Company, the "compensation providers") paid the victim an additional $951,453.43 to cover the victim's losses that resulted from the count to which defendant pled guilty in the above-captioned case, wire fraud in violation of Title 18, United States Code, Sections 1343 and 2;

WHEREAS, Title 18, United States Code, Section 3664(j)(1) provides that if a victim has received compensation from insurance or any other source with respect to a loss, the court shall order that restitution be paid to the person who provided or is obligated to provide the compensation.

IT IS HEREBY ORDERED AS FOLLOWS:

1. **Amount of Restitution**

HICHAM KABBAJ, the defendant, shall pay restitution in the total amount of $6,051,453.43, plus interest, pursuant to 18 U.S.C. §§ 3663(a)(3), 3663A, and 3664, to the victim

of the offense charged in Count One and, to the extent applicable, to the compensation providers. The name, address, and specific amount owed to the victim and the compensation providers are set forth in the Schedule A, attached hereto. Upon advice by the United States Attorney's Office of a change of address of victim or compensation provider, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

## 2. Apportionment for the Victim and Compensation Provider

Any payments by the defendant should be applied in the following order: first, toward the restitution obligation to the victim of the offense charged in Count One; and once the victim is made whole for its losses either through payments by the defendant or through payments to the victim made by the compensation provider; second, to the compensation providers as subrogee, pursuant to 18 U.S.C. § 3664(j)(1), as set forth more fully in Schedule A

## 3. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. §§ 3572(d)(1) and (2).

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of not less than 10% percent of the defendant's gross income on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

4.  **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

5.  **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

6.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

7. **<u>Sealing</u>**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, Schedule A, attached hereto, shall be filed under seal, except that copies may be retained and used by or disclosed to the victim, the compensation provider, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____    _____
HONORABLE RICHARD M. BERMAN          DATE
UNITED STATES DISTRICT JUDGE