**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        20 Cr. 08 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
HICHAM KABBAJ,                               :
                                             :
                          Defendant.         :
-------------------------------------------------------------------x

       The supervised release hearing is scheduled for January 29, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: January 22, 2026
      New York, NY

                                                *RMB*
                                  **RICHARD M. BERMAN**
                                        **U.S.D.J.**