**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                              :

              Government,       :        20 Cr. 08 (RMB)

                              :

       - against -             :        **ORDER**

                              :

HICHAM KABBAJ,             :

                              :

              Defendant.       :

-------------------------------------------------------------x

The supervised release hearing is scheduled for March 18, 2026 at 1:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 11, 2026
      New York, NY

                                        **RICHARD M. BERMAN**
                                            **U.S.D.J.**