**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

                              Government,   :   20 Cr. 08 (RMB)

          - against -                                :   **ORDER**

Hicham Kabbaj,                              :

                         Defendant.    :

-------------------------------------------------------------x

The supervised release hearing scheduled for March 18, 2026 at 1:00 P.M. is adjourned

to April 7, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 24, 2026
       New York, NY

                                                     **RICHARD M. BERMAN**
                                                        **U.S.D.J.**