**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                            Government,               20 Cr. 08 (RMB)

                  - against -                     **ORDER**

HICHAM KABBAJ,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The supervised release hearing is scheduled for May 12, 2026 at 9:00 A.M. on

Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
      New York, NY

                                 _RMB_
                                **RICHARD M. BERMAN**
                                   **U.S.D.J.**