**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                :

           Government,     :      20 CR. 08 (RMB)

                :

      - against -        :      **ORDER**

                :

HICHAM KABBAJ,          :

                :

          Defendant.     :
----------------------------------------------------------------x


       The supervised release hearing is scheduled for Tuesday, June 16, 2026 at

9:00 A.M.

       The court will send the link via email.


Dated: June 10, 2026
     New York, NY


                               **RICHARD M. BERMAN**
                                 **U.S.D.J.**