**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
        :
        Government,        :        20 CR. 08 (RMB)
        :
        - against -        :        **ORDER**
        :
HICHAM KABBAJ,        :
        :
        Defendant.        :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 30, 2026 at

11:30 A.M.

The court will send the link via email.

Dated: June 24, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**