**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :        20 CR. 08 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
HICHAM KABBAJ,                               :
                                             :
                        Defendant.           :
-----------------------------------------------------------------x


      The supervised release hearing is scheduled for Wednesday, July 8, 2026 at

11:00 A.M.

      The court will send the link via email.


Dated: July 1, 2026
      New York, NY

                          **RICHARD M. BERMAN**
                               **U.S.D.J.**