**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

HICHAM KABBAJ,

Defendant.

-------------------------------------------------------------x

20 Cr. 08 (RMB)

**ORDER**

The supervised release hearing previously scheduled for July 8, 2026 at 9:00 AM is rescheduled to July 28, 2026 at 10:00 AM on Microsoft Teams. The Court will send the link by email.

Dated: July 8, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**