**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 20 CR. 08 (RMB)

- against - : **ORDER**

HICHAM KABBAJ, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 11, 2026 at 11:00 A.M.

The court will send the link via email.

Dated: August 6, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**