**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

: Government, : 20 CR. 08 (RMB)

: - against - : **ORDER**

: HICHAM KABBAJ, :

: Defendant. :

-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 7, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: October 1, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**